Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina ▾

___Civil_____ Division

Lisa Antoine

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Cherry D Crisp
Andrea L Antoine
Lillies Place LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 3:26-cv-457-KDB

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lisa Antione |
| Street Address | PO Box 667591 |
| City and County | Charlotte |
| State and Zip Code | NC 28266 |
| Telephone Number | 704-287-2558 |
| E-mail Address | linant0801@yahoo.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                          Cherry D Crisp

    Job or Title *(if known)*    Director

    Street Address              1804 Harris Street

    City and County           Bunlington Alamance County

    State and Zip Code       North Carolina 27215

    Telephone Number       336-222-9424

    E-mail Address *(if known)*

Defendant No. 2

    Name                          Andrea L Antoine

    Job or Title *(if known)*

    Street Address              1084 Harris Street

    City and County           Bunlington Alamance County

    State and Zip Code       North Carolina 27215

    Telephone Number       336-222-9424

    E-mail Address *(if known)*

Defendant No. 3

    Name                          Lillies Place LLC

    Job or Title *(if known)*

    Street Address              1804 Harris Street

    City and County           Bunlington

    State and Zip Code       North Carolina 27215

    Telephone Number       336-222-9424

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Article III Section  2
28 U.S.C. 1331

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

   a.  If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.  If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

   a.  If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I was wrongful arrested out my Jurisdiction under federal law and sufferering damage to Life, Liberty, and Freedom. pending criminal charges with no merit, the transfer was done in GastonNC not Bunlington NC. Cherry D Crisp is violated federal laws and Jurisdiction. The defendants own me for lost wage, lost of income due to 2 felonies under my name. I cant find housing due to these charges.

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

At 4206 York Highway Gastoina NC 28052 when Andrea L Antoine had my dog killed by a car in front of the house intentionally and knowingly not to do so. I decided to take her to Caromont hospital in Gastoina for a mentel health evalution and she and Chery Crisp Planned to deceive me by filing false charges against me by lying to Gaston Police on February 10, 2025, I was arrested for tapping my husband Linly Antoine to not argue with the uber driver who happens to be Cherry Crisp. The case was dismissed. Cherry Crisp contuine to hack the Gaston county Truist bank account on three different tranactions. We have POA and place a freeze on that account with Bank of America. on March 20, 2025 Cherry D Crisp had the Gaston county onlin banking password changed and open a new account in bunlington NC without Proner ID Cherry Crisp got into the account illegally and saw a zelle tranfer in

B.     What date and approximate time did the events giving rise to your claim(s) occur?

February 10, 2025
March 20, 2025
April 28, 2025

C.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
llost wage due to the pending charges Cherry Crisp help Andrea Antoine breach her lease agreement that cause us to become homeless living in a motel for over a year. lost my job, stuffering from heart damage due to stress on medication for life, loss of personal items. illegal false arrest. false statement to police officers. Cherry Crisp has a history of btaking family member wirhout an Order to do so. Cherry did not petion the court to house a patient outside of her jufrisdiction which is in the middle jurisdicrion

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
I have a criminal record and heart failure due to these unjust act of Cherry Crisp and Andrea Antione along with the police department. My good name is destroyed as a nurse in hearhcare for 25 years; I had to post bail 3 times and going back and forward to court, lost wage Etc charger still pending in Alamance county, on June 3, 2026 was my Court date and fell ill and Medic came due to heart damage my blood presure was 171/133 they wanted tp admit, i refused and went back to charloot NC to see my heart doctor.

## V.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Im asking for 100,000.00 in damages
The case is still pending without an indictment for over 1 years My claim is  Claim: 1 Malicious Prosecution. Claim: 2 Defamation of Character. Claim: 3.Slander. Claim Breach of  contract (lease) I would  like a court to stop out of jurisdiction charger and all matter dissmissed, I would like A order·to hold Cherry crisp accountable for Wire fraud, 50,000 bank fraud,50,000 Prejury, 25,000 I would like a order placing Andrea Antoine in a State run mental hospial or deport her back to her homeland, she is a danger to herself and other around her.she have witness many deaths and needs treatment,she is a horde and left all her belonging behind and can not care for herself independently. i believe she is under a voodoo spell, because we found the doll under her bed. a black man with red underwear sitting on a mountain of gold looking mean in the face, it was very detail in its image. pure hate.

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          06/09/2026

Signature of Plaintiff

Printed Name of Plaintiff     Lisa Antoine

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address